IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENNETH ZINK,

    Plaintiff,

v.                                                                                                  4:22cv22–WS/MAF

SGT. CONSUELA ROBINSON,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 11) docketed March 31, 2022. The magistrate judge recommends that Plaintiff's claims be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff has filed objections (ECF No. 15) to the report and recommendation.

Having reviewed the record in light of Plaintiff's objections, the court finds—as did the magistrate judge—that Plaintiff's amended complaint is due to be dismissed for failure to state a claim.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 11) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's amended complaint and this action are hereby DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The clerk shall close the case.

DONE AND ORDERED this __20th__ day of __May__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE